UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL SUAREZ | § |
| | § CIVIL ACTION NO. 1:24-cv-00103 |
| Plaintiff | § |
| | § |
| VS. | § |
| | § |
| C.L.A. FAMILY, L.P. | § |
| | § |
| Defendant | § |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, MIGUEL SUAREZ Plaintiff and C.L.A. FAMILY, L.P. Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant C.L.A. FAMILY, L.P. in their entirety and with prejudice.

### STIPULATION

It is hereby stipulated by and between the parties hereto that this action be dismissed with prejudice as to Defendant C.L.A. FAMILY, L.P. with both parties to bear their own attorney's fees and costs.

DATED:  September 23, 2024    FOR MIGUEL SUAREZ    Plaintiff

BY:    */S/   R. Bruce Tharpe*
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office

(866) 599-2596 - Fax  
Texas State Bar ID No. 19823800  
Federal Bar ID 13098

DATED: September 23, 2024    FOR C.L.A. FAMILY, L.P. Defendant

Mr. Tomas F. Tijerina  
MARTINEZ & TIJERINA, PLLC  
1201 East Van Buren Street  
Brownsville, Texas 78520

  ***/s/ Tomas F. Tijerina***  
DEFENDANT'S COUNSEL