Case 1:24-cv-00103   Document 13   Filed on 09/24/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 24, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| MIGUEL SUAREZ,<br>   Plaintiff, | §<br>§<br>§ |
| v. | § CIVIL ACTION NO. 1:24-cv-103 |
| C.L.A. FAMILY, L.P.,<br>   Defendant. | §<br>§<br>§<br>§ |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On July 9, 2024, Plaintiff Miguel Suarez filed his original complaint against Defendant C.L.A. Family, L.P.  Dkt. No. 1.

On July 11, 2024, the District Clerk issued a summons. Dkt. No. 5.  The executed return of service was received by the Court on August 15, 2024.  Dkt. No. 9.  Defendant timely filed their answer.  Dkt. No. 10.

On September 24, 2024, the Court received a stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 12.  This Rule permits a plaintiff to dismiss an action against any defendant without a court order.  *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are dismissed with prejudice.  The District Clerk is directed to close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on September 24, 2024.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge